IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS HUNTER,                                         No. C 06-03990 TEH

      Plaintiff,

 v.                                                                **SCHEDULING ORDER**

JANET SPITLER,

      Defendant.
_____/

And Related Cross-Actions

_____/

      Having reviewed the Parties' Joint Status Report, filed January 22, 2007, and good cause appearing, it is HEREBY ORDERED as follows:

      1. The CMC scheduled for February 5, 2007 is continued until March 19, 2007 at 10:00 a.m., to coincide with the hearing scheduled on the Federal Defendants' Motion to Dismiss First Amended Cross-Complaint.

      2. All other motions in this matter shall be stayed (including briefing and hearing on the motions currently calendared for March 12, 2007) pending resolution of the Federal Defendants' Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: January 29, 2007

                                                     THELTON E. HENDERSON
                                                   UNITED STATES DISTRICT COURT